| | | |
|---|---|---|
| Petty Offense | ( ) | |
| Misdemeanor | ( ) | |
| Felony | (x) | |
| Juvenile | ( ) | |

CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

County of Offense: __Davidson__

AUSA's NAME: __S. Carran Daughtrey__

Defendant's Name:

JUSTIN D. CARROLL
Defendant's Address:

Interpreter Needed? ____Yes __x__ No

If Yes, what language? _____

1508 Barnbrook Cove, Antioch, Tennessee, 37013

| COUNT(s) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2251(a) | Production of Child Pornography | 15 – 30 years* | $250,000 |
| 2 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 5 – 20 years** | $250,000 |

\* Production of Child Pornography carries a mandatory minimum sentence of 15 years and a statutory maximum penalty of 30 years imprisonment.
\*\* Receipt of Child Pornography carries a mandatory minimum sentence of 5 years and a statutory maximum penalty of 20 years imprisonment.

(Revised January 2008)